IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., et al.,<br><br>　　　　　　Debtors. | Chapter 11<br>Bankruptcy Case No. 22-11068-JTD<br>Bankr. BAP No. 24-61 |
| SETH MELAMED,<br>　　　　　　Appellant,<br><br>　　　v.<br><br>FTX TRADING LTD.,<br><br>　　　　　　Appellee. | Civil Action 24-1176-CFC |

### ORDER

At Wilmington this 2nd day of December 2024, having received a recommendation from Magistrate Judge Christopher J. Burke that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS HEREBY ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellants' brief in support of the appeal is due on or before **January 10,**

**2025.**

2. Appellee's brief in opposition to the appeal is due on or before **February 24, 2025**

3. Appellants' reply brief is due on or before **March 17, 2025.**

_____
Chief Judge